IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 98 HEALTH & WELFARE FUND, et al. | : : : : : | CIVIL ACTION No. 19–2910 |
| v. | : : | |
| N.W. SIGN INDUSTRIES, INC., et al. | : | |

## ORDER

AND NOW, this 22nd day of February, 2021, upon consideration of Plaintiffs' Motion for Default Judgment against N.W. Sign Industries, Inc. and Invision Signs, LLC, Defendant Invision Signs's opposition and Cross Motion to Vacate Entry of Default, and following the parties' presentations at the hearing on the Motions on November 23, 2020, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 10) is GRANTED in part and DENIED in part as follows:

- The Motion against N.W. Sign is GRANTED and judgment is entered in favor of Plaintiffs and against Defendant N.W. Sign in the amount of $49,562.42.
  - This award comprises: (1) an award of $37,572.00 in unpaid principal contributions for the reporting months of February 2018 through November 2018, and January 2019 through February 2019, $2,340.72 in interest as of May 2020, $3,757.20 in liquidated damages, and $5,786.50 in attorney's fees and costs pursuant to the collective bargaining agreement and 29 U.S.C. § 1132(g)(2)(D).
- Defendants N.W. Sign, Invision Signs, and Ronald Brodie are ordered to provide the books and records necessary to conduct a payroll audit to determine

2

- the amounts due for the unreported months of December 2019 and March 2019 through August 2019 to Plaintiffs' auditor on or before March 24, 2021.

- The Court will retain jurisdiction to enter judgment for additional delinquent amounts that are revealed by the payroll audit.

- The Motion against Invision Signs is DENIED.

It is further ORDERED Defendant Invision Signs's Motion to Vacate Entry of Default (Document 11) is GRANTED. The Clerk is directed to remove entry of default as to Invision Signs only.

Invision Signs is ordered to answer the Amended Complaint no later than March 15, 2021.

BY THE COURT:

 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.